April 5, 1965.

No. ——. IN RE SIMMONS. Greenberry Simmons, Esquire, of Louisville, Kentucky, having resigned as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice in this Court.

No. 202. GRIFFIN v. CALIFORNIA. Sup. Ct. Cal. (Certiorari granted, 377 U. S. 989; argued March 9, 1965.) Motion of petitioner to file supplemental brief, after argument, granted. THE CHIEF JUSTICE took no part in the consideration or decision of this motion. Morris Lavine on the motion.

No. 939, Misc. LEE v. RANDOLPH, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 953, Misc. WELSH v. KROPP, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 858. MISHKIN v. NEW YORK. Appeal from Ct. App. N. Y. Probable jurisdiction noted. Emanuel Redfield for appellant. Frank S. Hogan and H. Richard Uviller for appellee.

No. 919. HAZELTINE RESEARCH, INC., ET AL. v. LADD, COMMISSIONER OF PATENTS. C. A. D. C. Cir. Certiorari granted. Laurence B. Dodds and George R. Jones for petitioners. Solicitor General Cox, Assistant Attorney General Douglas and Sherman L. Cohn for respondent.